# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARY CAROLYN DONES,<br>*Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION H-11-3087 |
| KELSEY-SEYBOLD CLINIC,<br>*Defendant.* | §<br>§<br>§ | |

## DISMISSAL ORDER

In accordance with plaintiff's representation that she no longer wishes to pursue this case and the parties' stipulation stated on the record in open court on February 14, 2012, it is hereby

ORDERED that this case is dismissed with prejudice. Each party will pay its own costs and expenses. This is a final order.

Signed at Houston, Texas on February 14, 2012.

_____
Stephen Wm. Smith
United States Magistrate Judge